**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re: RUUD, PHILIP J § Case No. 11-84623
§
§
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

  Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

  Clerk of The U S Bankruptcy Court
  327 S Church Street, Room 1100
  Rockford IL 61101

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 09/17/2012 in Courtroom 3100, United States Courthouse, 327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  08/14/2012          By:  /s/BERNARD J. NATALE
                                       Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: RUUD, PHILIP J § Case No. 11-84623
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 4,000.00 |
| *and approved disbursements of* | $ 25.00 |
| *leaving a balance on hand of* [1] | $ 3,975.00 |
| **Balance on hand:** | $ 3,975.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 3,975.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - BERNARD J. NATALE | 1,000.00 | 0.00 | 1,000.00 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 1,005.00 | 0.00 | 1,005.00 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 9.05 | 0.00 | 9.05 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 2,014.05 |
| Remaining balance: | $ 1,960.95 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 1,960.95 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,964.83 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | Department of the Treasury | 1,390.28 | 0.00 | 1,387.53 |
| 7P | Illinois Department of Revenue | 574.55 | 0.00 | 573.42 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 1,960.95 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 91,425.92 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Commonwealth Edison Company | 690.34 | 0.00 | 0.00 |
| 2U | Department of the Treasury | 54.68 | 0.00 | 0.00 |
| 3 | Discover Bank | 11,288.67 | 0.00 | 0.00 |
| 4 | Associated Bank, National Association | 76,641.21 | 0.00 | 0.00 |
| 5 | Preferred Long Distance | 1,020.33 | 0.00 | 0.00 |
| 6 | Nicor | 251.79 | 0.00 | 0.00 |
| 7U | Illinois Department of Revenue | 87.30 | 0.00 | 0.00 |
| 8 | GE Capital Retail Bank | 1,391.60 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-84623-MB
Philip J Ruud                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: cshabez          Page 1 of 3          Date Rcvd: Aug 28, 2012
                              Form ID: pdf006        Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2012.
```
db         +Philip J Ruud,    5929 Thatcher Road,    Rockford, IL 61114-5567
17973326   +ASSOCIATED BANK,    1305 Main Street,    Stevens Point, WI 54481-2898
17973327   +AT&T,   PO Box 105068,    Atlanta, GA 30348-5068
17973325   +Advantage Tax Service Inc,     4126 Cushman Rd,   Rockford, IL 61114-6108
18447339   +Associated Bank, National Association,     c/o Jacobs & Pinta,
             77 West Washington Street, Suite 1005,    Chicago, IL 60602-3259
17973328    CBE Group,    131 Tower Park, Suite 100,    P.O. Box 2635,   Waterloo, IA 50704-2635
17973329   +Cintas Corp.,    5100 26th Ave,   Rockford, IL 61109-1792
17973330   +CitiBank CBSD,    701 E. 60th Street N,    Sioux Falls, SD 57104-0493
17973331   +City of Rockford,    Water & Rubbish,    425 E. State Street,   Rockford, IL 61104-1014
17973332    ComCast Cable,    PO BOX 3002,   Southeastern, PA 19398-3002
17973337   +First American Payment Systems,     100 Throckmorton Street,   Suite 1800,
             Fort Worth, TX 76102-2802
18725486    GE Capital Retail Bank,    c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,
             Miami FL 33131-1605
17973338   +GEMB/Lens Crafters,    950 Forrer Blvd.,    Dayton, OH 45420-1469
17973339   +GEMB/Sams Club,    P.O. Box 981400,    El Paso, TX 79998-1400
17973340   +HINCKLEY SPRINGS,    6055 S. Harlem Avenue,    Chicago, IL 60638-3985
17973341  ++ILLINOIS DEPARTMENT OF REVENUE,     P O BOX 64338,   CHICAGO IL 60664-0338
            (address filed with court: ILLINOIS DEPARTMENT OF REVENUE,     Bankruptcy, Bulk Sales & Probate,
             100 W. Randolph St. L,    Chicago, IL 60601-3195)
18515978    Illinois Department of Revenue,     Bankruptcy Section,   P.O. Box 64338,
             Chicago, Illinois 60664-0338
17973343   +Jones & Jacobs,    77 W. Washington,    Suite 2100,   Chicago, IL 60602-2903
17973344   +Lease Finance Group, Inc,    233 N. Michigan Ave, #1800,    Chicago, IL 60601-5802
17973345   +Mutual Management,    P.O. BOX 4777,    Rockford, IL 61110-4777
17973347    NORTH PARK WATER DISTRICT,    P.O. Box 966,    Roscoe, IL 61073-0966
17973348    Preferred Long Distance,    16830 Ventura Blvd,    Suite 350,   Encino, CA 91436-1716
17973349   +ROCK RIVER WATER RECLAMATION DISTRI,     3333 Kishwaukee Street,   P.O. Box 6207,
             Rockford, IL 61125-1207
17973350   #RockValley Culligan,    702 N Madison Street,    Rockford, IL 61107-3934
17973351    State Collection Service,    2509 Stoughton Rd.,    Madison, WI 53716-3314
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17973334   +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 29 2012 02:01:58
             CREDIT COLLECTION SERVICES,    Two Wells Avenue*,    Newton, MA 02459-3246
17973333    E-mail/Text: legalcollections@comed.com Aug 29 2012 02:01:17      Comed,   Bill Payment Center,
             Chicago, IL 60668-0001
18304139   +E-mail/Text: legalcollections@comed.com Aug 29 2012 02:01:17      Commonwealth Edison Company,
             3 Lincoln Centre,   Oakbrook Terrace, IL 60181-4204,     Attn: Bankruptcy Dep.
18404596    E-mail/Text: cio.bncmail@irs.gov Aug 29 2012 01:40:15      Department of the Treasury,
             Internal Revenue Service,    P.O. Box 7346,   Philadelphia, PA 19101-7346
18398502    E-mail/PDF: mrdiscen@discoverfinancial.com Aug 29 2012 02:51:56       Discover Bank,
             DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
17973335   +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 29 2012 02:51:56       Discover More Card,
             P.O. Box 30943,   Salt Lake City, UT 84130-0943
17973342    E-mail/Text: cio.bncmail@irs.gov Aug 29 2012 01:40:15      IRS***,   Department of the Treasury,
             PO Box 21126,    Philadelphia, PA 19114
17973346   +E-mail/Text: bankrup@nicor.com Aug 29 2012 01:56:28      Nicor****,   Bk Dept,   PO Box 549,
             Aurora, IL 60507-0549
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17973336   ##+Duvera,   1959 Palomar Oaks,    Suite 340,   Carlsbad, CA 92011-1313
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-3          User: cshabez              Page 2 of 3                Date Rcvd: Aug 28, 2012
                              Form ID: pdf006            Total Noticed: 33

               ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 30, 2012**                              **Signature:**  _/s/ Joseph Speetjens_

```
District/off: 0752-3          User: cshabez             Page 3 of 3              Date Rcvd: Aug 28, 2012
                              Form ID: pdf006           Total Noticed: 33
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2012 at the address(es) listed below:

```
          Bernard J Natale    on behalf of Trustee Bernard Natale natalelaw@bjnatalelaw.com
          Bernard J Natale    natalelaw@bjnatalelaw.com, IL42@ecfcbis.com
          Brian A Hart    on behalf of Debtor Philip Ruud brian@joneshart.com,
           vanessa@rockfordbankruptcy.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Scott E Hillison    on behalf of Trustee Bernard Natale mmagnuson@bjnatalelaw.com
                                                                                             TOTAL: 5
```