**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: RUUD, PHILIP J § Case No. 11-84623
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $1,960.00                          Assets Exempt: $3,860.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,960.95           Claims Discharged
                                                     Without Payment: $130,005.60

Total Expenses of Administration: $2,039.05

   3) Total gross receipts of $ 4,000.00   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00   (see **Exhibit 2**), yielded net receipts of $4,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,881.55 | 2,039.05 | 2,039.05 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 3,000.00 | 1,964.83 | 1,964.83 | 1,960.95 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 52,769.69 | 91,425.92 | 91,425.92 | 0.00 |
| **TOTAL DISBURSEMENTS** | $55,769.69 | $96,272.30 | $95,429.80 | $4,000.00 |

4) This case was originally filed under Chapter 7 on October 26, 2011. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/09/2012            By: /s/BERNARD J. NATALE
                                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Possible Preference - Paul Ruud | 1241-000 | 4,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 9.05 | 9.05 | 9.05 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 1,847.50 | 1,005.00 | 1,005.00 |
| BERNARD J. NATALE | 2100-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$2,881.55** | **$2,039.05** | **$2,039.05** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Department of the Treasury | 5800-000 | N/A | 1,390.28 | 1,390.28 | 1,387.53 |
| 7P | Illinois Department of Revenue | 5800-000 | 3,000.00 | 574.55 | 574.55 | 573.42 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $3,000.00 | $1,964.83 | $1,964.83 | $1,960.95 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Commonwealth Edison Company | 7100-000 | 673.75 | 690.34 | 690.34 | 0.00 |
| 2U | Department of the Treasury | 7100-000 | N/A | 54.68 | 54.68 | 0.00 |
| 3 | Discover Bank | 7100-000 | 10,900.14 | 11,288.67 | 11,288.67 | 0.00 |
| 4 | Associated Bank, National Association | 7100-000 | unknown | 76,641.21 | 76,641.21 | 0.00 |
| 5 | Preferred Long Distance | 7100-000 | 1,020.33 | 1,020.33 | 1,020.33 | 0.00 |
| 6 | Nicor | 7100-000 | N/A | 251.79 | 251.79 | 0.00 |
| 7U | Illinois Department of Revenue | 7100-000 | 208.07 | 87.30 | 87.30 | 0.00 |
| 8 | GE Capital Retail Bank | 7100-000 | 1,391.60 | 1,391.60 | 1,391.60 | 0.00 |
| NOTFILED | State Collection Service | 7100-000 | 19,730.00 | N/A | N/A | 0.00 |
| NOTFILED | HINCKLEY SPRINGS | 7100-000 | 41.02 | N/A | N/A | 0.00 |
| NOTFILED | First American Payment Systems | 7100-000 | 725.42 | N/A | N/A | 0.00 |
| NOTFILED | GEMB/Lens Crafters | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Duvera | 7100-000 | 946.00 | N/A | N/A | 0.00 |
| NOTFILED | RockValley Culligan | 7100-000 | 259.30 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Mutual Management | 7100-000 | 12,263.15 | N/A | N/A | 0.00 |
| NOTFILED | NORTH PARK WATER DISTRICT | 7100-000 | 76.60 | N/A | N/A | 0.00 |
| NOTFILED | CREDIT COLLECTION SERVICES Two Wells Avenue* | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Lease Finance Group, Inc | 7100-000 | 240.25 | N/A | N/A | 0.00 |
| NOTFILED | ROCK RIVER WATER RECLAMATION DISTRI | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Jones & Jacobs | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Cintas Corp. | 7100-000 | 52.53 | N/A | N/A | 0.00 |
| NOTFILED | ComCast Cable | 7100-000 | 156.85 | N/A | N/A | 0.00 |
| NOTFILED | CitiBank CBSD | 7100-000 | 2,069.00 | N/A | N/A | 0.00 |
| NOTFILED | CBE Group | 7100-000 | 205.46 | N/A | N/A | 0.00 |
| NOTFILED | City of Rockford Water & Rubbish | 7100-000 | 154.06 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 156.16 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$52,769.69** | **$91,425.92** | **$91,425.92** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-84623  
**Case Name:** RUUD, PHILIP J  

**Period Ending:** 10/09/12

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 10/26/11 (f)  
**§341(a) Meeting Date:** 11/28/11  
**Claims Bar Date:** 04/20/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Checking account with Alpine Bank | 50.00 | 0.00 | DA | 0.00 | FA |
| 2 | Misc. household goods and furnishings | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Clothing | 400.00 | 0.00 | DA | 0.00 | FA |
| 4 | H & R Block stocks | 5.00 | 0.00 | DA | 0.00 | FA |
| 5 | Home Depot Stocks | 5.00 | 0.00 | DA | 0.00 | FA |
| 6 | 100% owner of Advantage Holdings Unlimited LLC N | 0.00 | 0.00 | DA | 0.00 | FA |
| 7 | 1999 GMC Conversion van | 500.00 | 0.00 | DA | 0.00 | FA |
| 8 | Possible Preference - Paul Ruud  (u) | 0.00 | Unknown | | 4,000.00 | FA |
| 8 | **Assets** **Totals** (Excluding unknown values) | **$1,960.00** | **$0.00** | | **$4,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     **Current Projected Date Of Final Report (TFR):**     August 14, 2012  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 11-84623 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | RUUD, PHILIP J | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******81-66 - Checking Account |
| Taxpayer ID #: | **-***4566 | | Blanket Bond: | $606,000.00  (per case limit) |
| Period Ending: | 10/09/12 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/10/12 | {8} | Paul A. Ruud | Pymt of Preference | 1241-000 | 4,000.00 | | 4,000.00 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,975.00 |
| 09/17/12 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $1,000.00, Trustee Compensation; Reference: | 2100-000 | | 1,000.00 | 2,975.00 |
| 09/17/12 | 102 | Department of the Treasury | Distribution paid  99.80% on $1,390.28; Claim# 2P; Filed: $1,390.28; Reference: XXX-XX-2812 | 5800-000 | | 1,387.53 | 1,587.47 |
| 09/17/12 | 103 | Illinois Department of Revenue | Distribution paid  99.80% on $574.55; Claim# 7P; Filed: $574.55; Reference: XXX-XX-2812 | 5800-000 | | 573.42 | 1,014.05 |
| 09/17/12 | 104 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 1,014.05 | 0.00 |
| | | | Dividend paid 100.00%    1,005.00 on $1,005.00;  Claim# ATTY; Filed: $1,847.50 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%    9.05 on $9.05;  Claim# EXP; Filed: $9.05 | 3120-000 | | | 0.00 |

|  | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 4,000.00 | 4,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 4,000.00 | 4,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $4,000.00 | $4,000.00 | |

| Net Receipts : | 4,000.00 |
|---|---|
| Net Estate : | $4,000.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******81-66 | 4,000.00 | 4,000.00 | 0.00 |
| | $4,000.00 | $4,000.00 | $0.00 |

{} Asset reference(s)

Printed: 10/09/2012 11:40 AM    V.13.04